IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:22-cv-1329-WSH |
| | ) |
| PINE-RICHLAND SCHOOL DISTRICT, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

AND NOW, this 2nd day of December, 2022, upon consideration of Plaintiff's Motion for Leave to Proceed Under Pseudonym (Docket No. 3), and Defendant's Response (Docket No. 15), it is HEREBY ORDERED that said motion is GRANTED. Plaintiff shall solely be identified as Jane Doe in the Complaint, pleadings, and all filings on the public docket in this Court. It is further ordered that the parties may not file any information containing Plaintiff's unredacted name or other personally identifying information.

This Order may be vacated for cause shown upon the motion of any party or other person with a recognized interest, or after due notice by the Court upon the Court's own motion.

/s/ *W. Scott Hardy*
W. Scott Hardy
United States District Judge

cc/ecf: All Counsel of Record